IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MICHAEL LEE GORDON                                                                    PLAINTIFF

V.                                                                NO. 4:15-CV-00177-DMB-DAS

EARNEST LEE                                                                           DEFENDANT

## ORDER OF DISMISSAL

Before the Court is the *pro se* petition of Michael Lee Gordon for a writ of *habeas corpus* under 28 U.S.C. § 2241. In his petition, Gordon alleges that he was incarcerated pursuant to a judgment issued by a district judge in the Southern District of Ohio and then wrongfully transferred from the custody of the Federal Bureau of Prisons to the Mississippi Department of Corrections "in violation of the laws and the United States Constitution." Doc. #1. Although Gordon's petition asks for release generally, the documents attached to his petition make clear that he is asking "[t]o be sent back to the Federal Bureau of Prisons."

Since the filing of his petition, Gordon informed the Court in a separate case[1] in this district that he has been moved to the United States Penitentiary in Coleman, Florida. Accordingly, the instant petition is **DISMISSED as moot**. A final judgment consistent with this order will issue today.

**SO ORDERED**, this 13th day of October, 2016.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] *Gordon v. McIntyre*, 4:15-cv-00175-DMB-RP (N.D. Miss. 2015) (Doc. #9).